UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:18-CR-75 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| TIMOTHY B. RILEY, | ) | |
| Defendant. | ) | (Electronically Filed) |

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As the result of guilty plea on Count 1 of the Information and violations of 18 U.S.C. § 1956, for which the United States sought forfeiture pursuant to 18 U.S.C. § 982(a)(1), the defendant shall forfeit to the United States all property involved in or traceable to offenses involving 18 U.S.C. § 1956;

2. The court has determined, based on the defendant's Plea Agreement, that the following proceeds are subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), and that the government has established the requisite nexus between such proceeds and such offenses: $48,000 in proceeds involved in the money laundering violations.

3. Because the defendant dissipated the above-described property involved in such offense, the United States may seek, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of the dissipated proceeds.

4. In accordance with the provisions of Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

5. Pursuant to Rule 32.2(b)(6)(C) & (c)(1), no service or publication of notice is required since this Order consists solely of the obtained and dissipated proceeds of the crimes.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and 18 U.S.C. § 3554, this Preliminary Order of Forfeiture has become final as to the defendant pursuant to the Plea Agreement and shall be made part of the sentence and included in the judgment.

7. Once this order has been incorporated into the defendant's sentence, the court will enter a Final Order of Forfeiture.

8. The court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

9. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney Jenny P. Roberts, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this __15TH__ day of __October__ 2018.

/s/ Christopher C. Conner
_____
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE