UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:18-CR-75 |
| | ) | |
| v. | ) | (Chief Judge Conner) |
| | ) | |
| TIMOTHY B. RILEY, | ) | |
| Defendant. | ) | (Electronically Filed) |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered on October 15, 2018, ordering the defendant to forfeit:

    a. $48,000 in proceeds involved in or traceable to the money laundering violations.

Because the defendant dissipated the above-described proceeds, the United States seeks, as a substitute asset pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of the dissipated proceeds.

Pursuant to Rule 32.2(b)(6)(C) & (c)(1), since the United States only seeks forfeiture of the proceeds of the crimes, service and publishing of the Preliminary Order of Forfeiture were not required.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) Forfeiture of the defendant's interest in the above proceeds has become final, made part of the sentence, and included in the judgment;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 8th day of July 2019.

/s/ CHRISTOPHER C. CONNER
---
CHRISTOPHER C. CONNER
CHIEF UNITED STATES DISTRICT JUDGE